4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF | { |
| MMI PRODUCTS, INC. Plaintiff | { |
| VS. | { CIVIL ACTION, FILE NO. B-99-194 COMPLAINT |
| MSW CONSTRUCTION, INC. d/b/a KUSTOM FENCE COMPANY, MW BUILDERS, INC., ST. PAUL FIRE & MARINE INSURANCE CO., and UNIVERSAL SURETY OF AMERICA Defendants. | { |

## ORDER

The Motion for Admission of Charles E. Wear, Jr. to appear Pro Hac Vice in the above-referenced cause is hereby GRANTED/DENIED.

_____
JUDGE

December 14, 1999