CAB-99-194

SIGNED this 25th day of February, 2000.

Respectfully submitted,

CURRY & ASSOCIATES, P.C.

*(signature)*
_____
STANLEY W. CURRY, JR.
State Bar No. 05274000
RICHARD C. MCSWAIN
State Bar No. 24002588
Centre Plaza, Suite 495
45 N.E. Loop 410
San Antonio, Texas 78216
Telephone:   (210) 366-3850
Facsimile:    (210) 366-3898

*Attorneys for Defendant, MSW Construction, Inc.*
*d/b/a Kustom Fence Company*

15

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

This lawyer, RICHARD C. McSWAIN is admitted *pro hac vice* for Defendant, MSW CONSTRUCTION, INC. d/b/a KUSTOM FENCE COMPANY.

Signed this 1 day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE