16

CAB-99-194

SIGNED this 25th day of February, 2000.

        Respectfully submitted,

        CURRY & ASSOCIATES, P.C.

        *[signature]*

        STANLEY W. CURRY, JR.
        State Bar No. 05274000
        RICHARD C. MCSWAIN
        State Bar No. 24002588
        Centre Plaza, Suite 495
        45 N.E. Loop 410
        San Antonio, Texas 78216
        Telephone:   (210) 366-3850
        Facsimile:   (210) 366-3898

        *Attorneys for Defendant, MSW Construction, Inc.*
        *d/b/a Kustom Fence Company*

15

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

This lawyer, RICHARD C. McSWAIN is admitted *pro hac vice* for Defendant, MSW CONSTRUCTION, INC. d/b/a KUSTOM FENCE COMPANY.

Signed this ___ day of ~~February~~ March, 2000.

        *[signature]*
        UNITED STATES DISTRICT JUDGE

MOTION & ORDER FOR ADMISSION *PRO HAC VICE* – PAGE 2
RCM\msw\prohac\mjj