21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 11 2000
Michael N. Milby, Clerk of Court
By Deputy Clark

| | | |
|---|---|---|
| MMI Products, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-194 |
| | § | |
| MSW Construction Inc. (d/b/a Kustom | § | |
| Fence Company), et al, | § | |
| | § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED, that on April 11, 2000, the Court considered the Parties' Unopposed Motion for Permission for Attorneys of Record to Attend Pretrial Conference via Teleconference [Dkt. No. 20]. The motion is **GRANTED**.

DONE at Brownsville, Texas, this 11th day of April 2000.

_____
Hilda G. Tagle
United States District Judge