22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MMI Products, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-194 |
| | § | |
| MSW Construction, Inc. (d/b/a Kustom Fence Co.), et al, | § | |
| | § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED that on April 24, 2000 the Court **GRANTED** the Parties' Stipulation to Enlarge Time for Defendants MW Builders, Inc. and St. Paul Fire & Marine Insurance Co. to Respond to Plaintiff's Original Complaint [Dkt. No. 9].

DONE at Brownsville, Texas, this 24th day of April 2000.

Hilda G. Tagle
United States District Judge