29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 23 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MMI Products, Inc., § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. B-99-194 |
| § § | |
| MSW Construction, Inc. (d/b/a Kustom Fence Co.), et al, § § § | |
| Defendants. § | |

## FINAL ORDER OF DISMISSAL

The Parties filed a Notice of Settlement on May 12, 2000, through which they advised the Court that they have settled all the claims alleged in this lawsuit. The Court therefore **DISMISSES** this case without prejudice.

The Court retains jurisdiction to enforce the settlement. See <u>Kokonnen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 22 day of May 2000.

Hilda G. Tagle
United States District Judge